UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LYNN ELLEN GEIGER,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>  Defendant. | CASE NO. C10-5765 BHS JRC<br><br>ORDER AMENDING BRIEFING SCHEDULE |

BASED on the motion of plaintiff (ECF No. 11) and with no objection of defendant, the Court hereby directs counsel to conform to the following amended briefing schedule:

Plaintiff's opening brief shall be due on or before March 9, 2011;

Defendant's responsive brief shall be due on or before April 6, 2011;

Plaintiff's optional reply shall be due on or before April 20, 2011; and

Oral argument shall be requested by April 27, 2011.

DATED this 8th day of February, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1