UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LYNN ELLEN GEIGER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>　　　　Defendant. | CASE NO. 3:10-cv-05765 BHS JRC<br><br>ORDER AMENDING BRIEFING SCHEDULE |

　　　Based on the motion by Defendant (ECF No. 14) and with no opposition from Plaintiff, the Court hereby directs counsel to conform to the following amended briefing schedule:

　　　Defendant's responsive brief shall be due on or before April 8, 2011;

　　　Plaintiff's optional reply shall be due on or before April 22, 2011; and

　　　Oral argument, if desired, shall be requested by April 29, 2011.

　　　DATED this 12th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1