FILED ____ LODGED
____ RECEIVED

NOV 02 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LYNN ELLEN GEIGER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C10-5765BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 18).

On October 5, 2011, Judge Creatura issued the R&R recommending that the decision of the Administrative Law Judge ("ALJ") be reversed and that the matter be remanded for further administrative proceedings. *Id.* at 1-2.

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    The decision of the ALJ is **REVERSED**; and

(3)    This action is **REMANDED** for further proceedings.

DATED this 1 day of November, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER