```
                                          FILED        LODGED
                                               RECEIVED
                                          NOV 02 2011
                                    CLERK U.S. DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON AT TACOMA
                              BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LYNN ELLEN GEIGER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. C10-5765BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 18).

On October 5, 2011, Judge Creatura issued the R&R recommending that the decision of the Administrative Law Judge ("ALJ") be reversed and that the matter be remanded for further administrative proceedings. *Id.* at 1-2.

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     The decision of the ALJ is **REVERSED**; and

(3)     This action is **REMANDED** for further proceedings.

DATED this 1 day of November, 2011.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

ORDER